UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**VERNON ROBINSON,**

    **Plaintiff,**

v.                                                  Case No. 4:20-cv-419-AW-HTC

**SECRETARY DEPARTMENT OF
CORRECTIONS MARK INCH, et al.,**

    **Defendants.**

_____/

## **O R D E R**

Having considered the magistrate judge's September 3, 2020, Report and Recommendation (ECF No. 5), and having reviewed de novo the issues presented in Plaintiff's objection (ECF No. 7), I now conclude that the Report and Recommendation should be adopted. It is incorporated by reference into this order.

Because I have considered Plaintiff's objection, the motion for an extension of time to file objections (ECF No. 6) is DENIED as moot.

The clerk will enter a judgment that says, "This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) and for abuse of the judicial process by failing to disclose Plaintiff's complete litigation history." The clerk will then close the file.

SO ORDERED on October 14, 2020.

                                               s/ *Allen Winsor*  
                                               United States District Judge